# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-1991

**Short Case Caption:** JBF Interlude 2009 Ltd. v. Artisan Technologies LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

JBF Interlude 2009 Ltd.

| | |
|---|---|
| **Principal Counsel:** Andrew D. Gish | Admission Date: 6/13/2014 |
| Firm/Agency/Org.: Gish PLLC | |
| Address: 41 Madison Ave., Floor 31, New York, NY 10010 | |
| Phone: (212) 518-7380 | Email: andrew@gishpllc.com |
| **Other Counsel:** Christopher DeCoro | Admission Date: 09/19/2018 |
| Firm/Agency/Org.: Gish PLLC | |
| Address: 41 Madison Avenue, Floor 31, New York, NY 10010 | |
| Phone: 212-518-2890 | Email: chris.decoro@gishpllc.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: July 15, 2026

Signature: 

Name: Andrew D. Gish

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2026-1991

**Short Case Caption** JBF Interlude 2009 Ltd. v. Artisan Technologies LLC

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 7/15/2026

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: ____________

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Karen E. Keller | Shaw Keller LLP, 1105 North Market Street, 12th Floor, Wilmington, DE 19801, kkeller@shawkeller.com |
| Andrew E. Russell | Shaw Keller LLP, 1105 North Market Street, 12th Floor, Wilmington, DE 19801, |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 7/15/2026

Signature: Chris DeCoro

Name: Christopher R. DeCoro