No. 2026-1991

# United States Court of Appeals for the Federal Circuit

JBF INTERLUDE 2009 LTD., *Appellant,*
v.
ARTISAN TECHNOLOGIES LLC, *Appellee.*

On Appeal from the U.S. District Court for the District of Delaware, No. 1:25-cv-01553 JPM, Judge J. Campbell Barker

## APPELLANT'S MOTION FOR SIXTY-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Fed. Cir. R. 26(b), Appellant JBF Interlude 2009 Ltd. respectfully requests a sixty-day extension of time, up to and including Friday, October 30, 2026, to file its opening brief. The current deadline is August 31, 2026, which has not been previously extended. Appellant discussed this motion with Appellee Artisan Technologies LLC, who consents to Appellant's request.

The requested extension is necessary in light of upcoming obligations of Appellant's counsel that overlap with the time to prepare the opening brief in this appeal. Appellant's counsel is responsible for briefing, preparing discovery, and preparing for hearings in other pending matters that substantially overlap with the deadline for the opening brief. For example, lead counsel Andrew Gish filed motions for summary judgment on Aug. 7, 2026, in *Skysong Innovations, Inc. v. Fortinet, Inc.*, 2-25-cv-00098 (E.D. Tex.); will file reply summary judgment briefs

on Aug. 17 in *ALM Holding Co. v. Zydex Industries Private Limited*, 1-25-cv-00155 (D. Del.); will file responsive summary-judgment briefing in *Skysong* on Aug. 21; will serve invalidity contentions on Aug. 21 in *Zehnder Consulting v. Globus Medical, Inc.*, 2-25-cv-00911 (E.D. Tex.); will prepare for a preliminary injunction hearing to be held on Sept. 9 in *Vintage 99 Label Mfg., Inc. v. Lloyd*, 4:26-cv-07303-JST (N.D. Cal.); will prepare for a motion to dismiss hearing to be held on Sept. 23 in *Advantest Test Solutions, Inc. v. AEM Holdings Ltd.*, 3:25-cv-02604 (S.D. Cal.); and will prepare for a pretrial conference to be held on Sept. 28 in *Skysong*.

Appellant therefore seeks the requested extension to accommodate these other obligations while allowing sufficient time to prepare the opening brief in a manner that will effectively assist the Court.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a sixty-day extension of time, up to and including October 30, 2026, to file the opening brief. Per Fed. Cir. R. 26(b)(3), a declaration is attached.

August 12, 2026

Respectfully Submitted,

*/s/ Andrew D. Gish*

ANDREW D. GISH
CHRISTOPHER DECORO
41 Madison Ave, 31st Flr.
New York, NY 10010
(212) 518-2000
andrew@gishpllc.com
chris.decoro@gishpllc.com

*Counsel for Appellant*

**DECLARATION IN SUPPORT OF MOTION FOR EXTENSION**

I am counsel for Appellant and have entered an appearance. This motion has been discussed with Appellee who responded that they consent to the relief sought. There is good cause to grant the extension, in light of Appellant's counsel's obligations that overlap with the time to prepare the opening brief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Andrew D. Gish*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. App. P. 27. According to the word processing system used to prepare it, the brief contains 311 words.

*/s/ Andrew D. Gish*

## CERTIFICATE OF SERVICE

On August 12, 2026, this brief was submitted to the Court by CM/ECF. All case participants are represented by registered CM/ECF users and will be notified of filing electronically by the CM/ECF system.

*/s/ Andrew D. Gish*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2026-1991

**Short Case Caption** JBF Interlude 2009 Ltd. v. Artisan Technologies LLC

**Filing Party/Entity** JBF Interlude 2009 Ltd.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: July 15, 2026

Signature:

Name: Andrew D. Gish

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| JBF Interlude 2009 Ltd. | | No parent; Walmart Inc. owns >10% of stock. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Ryan K. Iwahashi, Gish PLLC | Bindu Ann George, Potter Anderson | Chamyra L. Upshur, formerly Potter Anderson |
| Joel C. Lin, Gish PLLC | David Ellis Moore, Potter Anderson | |
| Michael M. Powell, Gish PLLC | Andrew Mark Moshos, formerly Potter Anderson | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☑ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2026-1991

**Short Case Caption** JBF Interlude 2009 Ltd. v. Artisan Technologies LLC

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 7/15/2026

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: ____________

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Karen E. Keller | Shaw Keller LLP, 1105 North Market Street, 12th Floor, Wilmington, DE 19801, kkeller@shawkeller.com |
| Andrew E. Russell | Shaw Keller LLP, 1105 North Market Street, 12th Floor, Wilmington, DE 19801, |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 7/15/2026

Signature: Chris DeCoro

Name: Christopher R. DeCoro